08cv3099
JUDGE ANDERSEN
MAG. JUDGE COX

PRO SE LITIGANTS
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

*FILED MAY 29 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: CHARLES R. LAMBERT
(Please print)

STREET ADDRESS: 23817 Cottonwood Ln.

CITY/STATE/ZIP: Minooka, IL 60447

PHONE NUMBER: 815-467-4865

CASE NUMBER: _____

Signature: Charles R Lambert

Date: 5/28/08