**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)    *CHARLES  R.  LAMBERT*            )

                                        )

                    V.     *J.N*      FILED      08cv3099
                                        )        JUDGE ANDERSEN
Defendant(s)    *AT + T*                      MAG. JUDGE COX

MAY 2 9 2008
May 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MOTION FOR APPOINTMENT OF COUNSEL**

1.  I, *CHARLES  R.  LAMBERT*            ,declare that I am the (check appropriate box)
    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding:  *I RECEIVED THE "NOTICE OF SUIT RIGHTS"*
    *ON 3/8/08. AFTER CONVERSATION WITH LEGAL COUNSEL,*
    *I WAS ADVISED TO CONTACT THE UNITED STATES*
    *DISTRICT COURT*

3.  In further support of my motion, I declare that (check appropriate box):

    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court
    in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
    in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
    detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
    it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
    However, my financial status has changed and I have attached an Amended Application to Proceed *In
    Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

*Charles R Lambert*                    *23817 COTTONWOOD LN.*
Movant's Signature                     Street Address

*5/28/2008*                            *MINOOKA, IL  60447*
Date                                   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐