## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3099 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Charles R. Lambert vs. AT&T | | |

**DOCKET ENTRY TEXT**

Plaintiff Charles R. Lambert has submitted a *pro se* complaint of employment discrimination together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Mr. Lambert can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc.4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process. Motion to appoint counsel [5] is denied. Status hearing set for 9/11/2008 at 9:00 a.m., courtroom 2119.

■[ For further details see text below.]      Notices mailed by Judicial staff.

### STATEMENT

Plaintiff Charles R. Lambert has submitted a *pro se* complaint of employment discrimination together with a motion for appointment of counsel and a petition for leave to proceed without prepayment of fees (*in forma pauperis* application). Having reviewed Plaintiff's financial affidavit, the court concludes that Mr. Lambert can not afford to pay the court's filing fee. The application for leave to proceed without repayment of fees (Doc.4) is therefore granted. Summons will issue, and the U. S. Marshals Service is directed to serve process.

Mr. Lambert's motion for appointment of counsel is incomplete, as he has provided no explanation of what efforts, if any, he has made to find counsel on his own. Such information is called for in paragraph 2 of the court's form motion before the court will appoint an attorney. Mr. Lambert is encouraged to seek counsel to represent him, either on a contingency or at reduced cost. A list of legal services is attached to this order.