FILED
7-28-2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) CHARLES R. LAMBERT )
)
) Case Number: 08 C 3099
V. )
)
Defendant(s) AT&T )
) Judge: PALLMEYER
)
AMENDED )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, CHARLES R. LAMBERT, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I HAVE CONTACTED NUMEROUS AGENCIES AND ATTORNEYS AND CANNOT FIND AN ATTORNEY THAT I CAN AFFORD. SEE ATTACHED.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature: Charles R Lambert
Street Address: 23817 Cottonwood Ln.
Date: 7/28/2008
City, State, ZIP: Minooka, IL 60447

LEGAL SERVICES

| DATE | LEGAL SERVICE | ADDRESS | PHONE NUMBER | CONTACT PERSON | RESULTS |
|---|---|---|---|---|---|
| 7/16/2008 | Legal Assistance Foundation of Chicago | 111 W. Jackson 3rd flr Chicago | 312-347-8377 | Tim Huizenga | Mr. Huizenga conducted a phone interview. LAF does not have the resources. He advised me to contact the National Employment Legal Assoc. NELA |
| 7/16/2008 | Chicago Volunteer Legal Service | 100 N. LaSalle St Suite 900 Chicago | 312-332-3508 | Linda Cook | Ms. Cook advised me that they do not handle employment discrimination cases |
| 7/17/2008 | NELA | web site nela-illinois.org | | | Completed and sent questionare via internet. No response as of end of business day 7/25/2008 |
| 7/21/2008 | Chicago Legal Clinic | 2938 E. 91st St. | 773-731-1762 | Linda ( data entry receptionist ) | She advised me that they do not handle Employment Discrimination Cases. She referred me to two attorneys Andy Haber at 847-934-0060 Joe Longo at 847-640-9490 |
| 7/21/2008 | Favara And Gorman | 835 Sterling Ave. Palatine | 847-934-0060 ext 124 | Andy Haber | Conducted a brief phone interview with Mr. Haber. He told me his firm is not a legal aid service. A complete interview would be necessary at a cost of 300 dollars per hour. |
| 7/21/2008 | Longo and Assoc. | Mount Prospect | 847-640-9490 ext 3 | Joe Longo | Mr. Longo would not conduct a phone interview without a consultation fee of 185 dollars. |

| Date | Organization | Address | Phone | Contact | Notes |
|---|---|---|---|---|---|
| 7/23/2008 | Chicago Lawyers Committee for Civil Rights | 100 N. Lasalle St Suite 600 | 312-630-9744 | Elesha Jackson | She told me that they only handle class action cases of at least 8 - 10 people. |
| 7/23/2008 | Center for Conflict Resolution | 11 E. Adams St Suite 500 Chicago | 312-922-6464 | | I left message on answering machine. |
| 7/24/2008 | Chicago Barr Assoc. | | 312-554-2000 | Person would not give her name | She told me that they are a referral service for private attorneys that charge consultation fees of 200 - 300 dollars per hour. |
| 7/24/2008 | Center for Conflict Resolution Chicago | 11 E. Adams St Suite 500 Chicago | 312-922-6464 | Roy Maddock | Mr. Maddock told me they do not provide legal service. He advised me to contact the following: Chicago Barr Assoc at 312-345-2400 Ill Dept of Human Rights at 217-785-5112 |
| 7/24/2008 | CARPLS | 910 W. Van Buren Suite 700 | 312-738-9200 | Emily Shaules | Ms. Shaules told me that I did not qualify for legal services. They only handle low income residents of Cook County. She referred me to Illinois State Barr Assoc. |
| 7/25/2008 | Illinois Dept of Human Rights | | 217-785-5112 | | I was routed to call Prairie State Legal Service at 800-892-2985 |
| 7/25/2008 | Prairie State Legal Services | | 800-892-2985 | Mr. Sanford | Mr. Sanford told me that they do not handle case that are filed in the city of Chicago. He advised me to call the Chicago Barr Assoc. He thought that they could provide attorney references that would charge a consultation fee of 50 dollars. |

| Date | Organization | Phone | Notes | Details |
|---|---|---|---|---|
| 7/25/2008 | Chicago Barr Assoc | 312-554-2000 | Person would not give her name | That person confirmed that they only supply referrals to private attorneys at a cost of 200 - 300 dollars per hour. |