## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3099 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Charles R. Lambert vs. AT&T | | |

**DOCKET ENTRY TEXT**

Amended motion for appointment of counsel [9] granted. The Clerk's Office has provided the name of James M. Lydon of Hinshaw & Culbertson LLP, 222 North LaSalle St., Suite 300, Chicago, IL 60601, telephone number 312/704-3561. Mr. Lydon is directed to promptly contact Plaintiff Charles R. Lambert and to file his appearance on Mr. Lambert's behalf.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|