IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES R. LAMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No.: 08-CV-3099 |
| v. ) | JUDGE PALLMEYER |
| ) | |
| AT&T, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF, CHARLES R. LAMBERT**

Court-appointed counsel for Plaintiff, CHARLES R. LAMBERT, James M. Lydon, and the law firm of HINSHAW & CULBERTSON LLP, request this Court for an order granting this Motion to Withdraw as Counsel for CHARLES R. LAMBERT, and state in support as follows.

1. The undersigned is a partner with the law firm of HINSHAW & CULBERTSON LLP and was appointed as counsel for Plaintiff, CHARLES R. LAMBERT.

2. Plaintiff, CHARLES R. LAMBERT, has bought an employment discrimination action against AT&T.

3. HINSHAW & CULBERTSON LLP currently represents AT&T, Inc., and its affiliated companies, in over 100 active matters nationwide.

4. Rule 1.7 of the Illinois Rules of Professional Conduct and Local Rule 83.51.7 of the Northern District of Illinois prohibit attorneys from representing clients whose interests are adverse to another.

5. Our representation of Plaintiff, CHARLES R. LAMBERT, would involve 1) an investigation of the conduct of our own client, while possessing knowledge of internal information acquired in confidence; 2) an evaluation of the rights of Plaintiff, CHARLES R. LAMBERT, versus our own client; and 3) the issuance of discovery requests for records from

our client and the interrogations of our client's employees at depositions. In sum, representation of Plaintiff, CHARLES R. LAMBERT, would require actions adverse to an existing client which is prohibited by Illinois Rules of Professional Conduct and the Local Rules of the Northern District of Illinois.

WHEREFORE, Court-appointed counsel for Plaintiff, CHARLES R. LAMBERT, James M. Lydon, and the law firm of HINSHAW & CULBERTSON LLP, respectfully request this Court for an order granting this Motion to Withdraw as Counsel for CHARLES R. LAMBERT, pursuant to Local Rule 83.38(a)(1).

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/James M. Lydon

James M. Lydon, Esq. – Atty. Bar No.: 06211191
HINSHAW & CULBERTSON LLP
222 N. LaSalle
Suite 300
Chicago, IL 60601
Tel. 312-704-3561