IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES R. LAMBERT, )<br>　　　　Plaintiff, )<br>v. )<br>AT&T, )<br>　　　　Defendant. ) | Court No.: 08-CV-3099<br>Judge Rebecca R. Pallmeyer |

**NOTICE OF MOTION**

TO:　Mr. Charles R. Lambert
　　　23817 Cottonwood Lane
　　　Minooka, IL 60447

　　　PLEASE TAKE NOTICE THAT on *August 27, 2008, at 8:45 a.m.,* or as soon thereafter as this Motion may be heard, I shall appear before Judge Pallmeyer, or any Judge sitting in her stead, in Courtroom 2119, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the attached *Motion to Withdraw as Counsel for Plaintiff, Charles R. Lambert,* a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By:　/s/James M. Lydon
　　　　　　　　　　　　　　　　　　　　　　James M. Lydon
　　　　　　　　　　　　　　　　　　　　　　Atty Bar No. 06211191

HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Phone No.: 312-704-3000
Fax No.: 312-704-3001/Firm No.: 90384
E-mail Address: jlydon@hinshawlaw.com

**Certificate of Service**

　　　I, the undersigned, an attorney certify that I electronically filed this Notice and document referenced herein through the Court's ECM/CF system which will send notification of such filing to party(ies) of record. Dated: August 12, 2008.

　　　　　　　　　　　　　　　　　　　　　　/s/JAMES M. LYDON

6350364v1 2866