# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3099 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Charles R. Lambert vs. AT&T | | |

**DOCKET ENTRY TEXT**

Motion to withdraw as counsel for Plaintiff, Charles R. Lambert [11] granted. The Clerk's Office has provided the name of Charles Siedlecki, of Charles Siedlecki & Associates, PC, 10540 South Western Avenue, Suite 410, Chicago, IL 60643, telephone number 773/881-2535. Mr. Siedlecki is directed to promptly contact Plaintiff Charles Lambert and to file his appearance on Mr. Lambert's behalf.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|