IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Charles R. Lambert, | ) | |
| | ) | **CASE NO.**   08 C 3099 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Pallmeyer |
| | ) | |
| | ) | Magistrate Judge Cox |
| Illinois Bell Telephone Company  . | ) | |
| d/b/a/ AT&T, | ) | |
| | ) | |
| Defendant. | ) | **JURY DEMANDED** |

**NOTICE OF MOTION**

TO:   **Charles R  Lambert**

    Please take notice that on August 27, 2008, at 8:45 a.m., I shall appear before the Honorable Judge Rebecca Pallmeyer, or any judge sitting in her stead, at the United States District Court, 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Motion For Leave to File a First Amended Complaint Instanter, a copy of which is hereby served upon you by electronic means.

                                                                        Submitted,
                                                                        s/s Charles Siedlecki

**CERTIFICATE of SERVICE**

    I Charles Siedlecki, an attorney to hereby state and depose that on August 19, 2008, I served a copy of Plaintiff's Motion For Leave to File a First Amended Complaint Instanter,  to be served upon the above identified party of record, via hand delivery.

                                                                        /s/ Charles Siedlecki

Charles Siedlecki and Associates, P.C.
10540 S. Western Avenue, Suite 405
Chicago, Illinois 60643
(773) 881-2535