# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3099 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Charles R. Lambert vs. AT&T | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to file First Amended Complaint *instanter* [14] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|